IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIC SANCHEZ,

    Plaintiff,

v.                                                                            CIV 20-1049 JFR/JHR

THE UNITED STATES OF AMERICA,

    Defendant.

# ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. Federal Rule of Civil Procedure 4(m) provides in part:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Plaintiff filed this action on October 9, 2020. [Doc. 1]. The record reflects that Plaintiff has not served the Defendant within 90 days after the Complaint, nor has Plaintiff shown good cause for the failure to serve. *See* Fed. R. Civ. P. *4(m)*.

**WHEREFORE, IT IS HEREBY ORDERED** that, in order to avoid dismissal of this action, Plaintiff must either effect service or provide the Court with a written explanation showing good cause why service has not been made, on or before **Monday, April 12, 2021.**

_____
Jerry H. Ritter
UNITED STATES MAGISTRATE JUDGE