IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIC SANCHEZ,

    Plaintiff,

vs.                                            No. 1:20-cv-01049-KWR-JHR

UNITED STATES OF AMERICA,

    Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court upon the parties' Stipulated Motion to Dismiss with Prejudice (Doc. 21), the Court, having considered the Joint Motion and being advised of Plaintiff's death (Doc. 20), finds that the Motion is **WELL-TAKEN** and should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that all claims that were or could have been brought by Plaintiff Eric Sanchez, against Defendant United States of America in this lawsuit, are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear their own costs and fees.

    **IT IS SO ORDERED.**

                                                **KEA W. RIGGS**
                                                **UNITED STATED DISTRICT JUDGE**

Approved by:

*/s/ Bruce E. Thompson*
Bruce E. Thompson
Bruce E. Thompson Law Firm, P.C.
4801 All Saints Rd. NW
Albuquerque, NM 87120
(505) 999-2001
bruce@brucethompson.law

~and~

*/s/ Amalia S. Lucero*
Amalia S. Lucero, Esq.
The Law Office of Amalia S. Lucero, L.L.C
26 Camino Don Juan
Placitas, New Mexico 87043
AmaliaLucero5inc@comcast.net
(505) 259-8702
**Attorneys for Plaintiff**


*/s/ Kimberly Bell, via email 10/15/21*
KIMBERLY BELL
ROBERTO D. ORTEGA
Assistant United States Attorneys
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1519
roberto.ortega@usdoj.gov
**Attorneys for Defendant**